UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) CAUSE NO. 3:08-CR-34 RLM |
| IVAN BAROSO HERNANDEZ | ) |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on June 10, 2008 [Doc. No. 26]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Ivan Hernandez's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 8 U.S.C. §§ 1326(a) and (b)(1).

SO ORDERED.

ENTERED:  July 3, 2008

/s/ Robert L. Miller, Jr.
Chief Judge, United States District Court
Northern District of Indiana